## BATEMAN v. STATE.
### No. 18898.

Court of Criminal Appeals of Texas.
March 24, 1937.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for swindling, punishment assessed being two years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.